650

*curiae* were filed by *Mr. Osmond K. Fraenkel,* on behalf of the American Civil Liberties Union; and by *Messrs. Harry Graham Balter, Carey McWilliams, Ellis E. Patterson,* and *George Bodle,* on behalf of the National Lawyers Guild, Los Angeles Chapter,—in support of the petition.

No. 783. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HORST. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. Harry H. Wiggins* for respondent.

No. 799. SIBBACH *v.* WILSON & Co. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Lambert Kaspers* and *Royal W. Irwin* for petitioner. *Mr. J. F. Dammann* for respondent.

No. 813. MONTGOMERY WARD & Co. *v.* DUNCAN. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. J. Merrick Moore* for petitioner. *Messrs. Edward H. Coulter* and *Kenneth W. Coulter* for respondent.

No. 822. WASHINGTON EX REL. COLUMBIA BROADCASTING Co. *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY ET AL. See *ante,* p. 638.

No. 768. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CENTER INVESTMENT Co. See *ante,* p. 639.